IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:16-cr-00051-BR |
|        Plaintiff, | SUPPLEMENT TO PROTECTIVE ORDER (#342) |
| v. | |
| JASON PATRICK, DUANE LEO EHMER, DYLAN ANDERSON, SEAN ANDERSON, SANDRA LYNN ANDERSON, DARRYL WILLIAM THORN, and JAKE RYAN, | |
|        Defendants. | |

**BROWN, Judge.**

     For the reasons stated in the Court's Order (#1691)Granting in Part the Government's Motion to Enforce Protective Order, the Court supplements the Protective Order (#342) issued March 23, 2016, as follows:

     Any individual or entity that obtains materials protected by the Court's Protective Order (#342) is prohibited from

1 -   SUPPLEMENT TO PROTECTIVE ORDER (#342)

disseminating those materials or any information derived therefrom to any other individual or entity by any means.

IT IS SO ORDERED.

DATED this 11th day of January, 2017.

 S/ Anna J. Brown
ANNA J. BROWN
United States District Judge

2 -   SUPPLEMENT TO PROTECTIVE ORDER (#342)