Marc P. Friedman, OSB # 89244
Attorney for Defendant Darryl William Thorn
Friedman Law Office, P.C.
245 W. 13th Ave.
P.O. Box 11167
Eugene, OR  97401
(541) 686-4890
Fax:  (541) 344-6294
attyfriedman@yahoo.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No: 16-CR-00051-BR -22 |
| v. ) | ORDER ON DEFENDANT'S EXPARTE MOTION FOR TRAVEL BY USMS 18 USC §4285 |
| DARRYL WILLIAM THORN, ) | |
| Defendant. ) | |

Based on counsel's motion, the Court finds the Defendant has a

Constitutional Right to be present at the suppression hearing on January 27, 2017 at

9:00AM.  The defendant has previously been found indigent.

IT IS THEREFORE ORDERED that the defendant, Darryl William Thorn, is

authorized to travel from Spokane, Washington to Portland, Oregon.

/ / /

/ / /

/ / /

/ / /

/ / /

ORDER ON DEFENDANT'S EXPARTE MOTION FOR TRAVEL BY USMS 18 USC §4285 1

1   IT IS FURTHER ORDERED that because the defendant is indigent, the

2   United States Marshal's Service is directed pursuant to 18 USC§ 4285 to arrange

3
4   for travel from Spokane, Washington to Portland on January 27, 2017 for hearing at

5   9:00AM.

6   DATED this _____ day of January, 2017

7

8

9                                    _____

10                                   The Honorable Anne Brown
                                     United States District Court Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
ORDER ON DEFENDANT'S EXPARTE MOTION FOR TRAVEL BY USMS 18 USC §4285 2